AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Seok Jae Yang, <br><br> *Plaintiff(s)* <br> v. <br> Sunrise Senior Service LLC d/b/a Hanmaum Daycare, Taeyoung Song, Jieun Oh, Aurum Trading Inc., Ji Hoon You, Kangsan Consulting, Kangsan Lee, L & K Office Inc., Jin Young Kang a/k/a Jinyoung Kang... <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-05459-TAM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Attached Rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   AHNE & JI, LLP
   45 East 34th Street, 5th Floor
   New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____         _____
                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-05459-TAM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

## SUMMONS RIDER

### Defendant(s)' Address(es)

**SUNRISE SENIOR SERVICE LLC d/b/a HANMAUM DAYCARE**
DOS Service of Process Address
105-05 Northern Blvd., 1st Floor
Flushing, NY 11368

**TAEYOUNG SONG**
35-20 146th Street
Flushing, NY 11354

**JIEUN OH**
217 51st Ave., Apt. #314
Long Island City, NY 11101

**AURUM TRADING INC.**
55 West 47th Street, Suite 1060
New York, NY 10036

**JI HOON YOU**
55 West 47th Street, Suite 1060
New York, NY 10036

**KANGSAN CONSULTING LLC**
DOS Service of Process Address
42-02 Kissena Blvd., Suite 5K
Flushing, NY 11355

**KANGSAN LEE**
41-23 Murray Street, Suite 201
Flushing, NY 11355

**L & K OFFICE INC.**
DOS Service of Process Address
41-23 Murray Street, Suite 201
Flushing, NY 11355

**JIN YOUNG KANG a/k/a JINYOUNG KANG a/k/a JIN Y. KANG**
41-23 Murray Street, Suite 201
Flushing, NY 11355