**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEOK JAE YANG, | ) |
| | ) |
| Plaintiff, | ) |
| -against- | ) Case No.: 2:24-cv-005459-TAM |
| | ) |
| SUNRISE SENIOR SERVICE LLC d/b/a | ) |
| HANMAUM DAYCARE, TAEYOUNG | ) |
| SONG, JIEUN OH, AURUM TRADING INC., | ) |
| JI HOON YOU, KANGSAN CONSULTING LLC, | ) |
| KANGSAN LEE, L & K OFFICE INC., | ) |
| JIN YOUNG KANG a/k/a JINYOUNG KANG | ) |
| a/k/a JIN Y. KANG, and DOES 1through 50, inclusive | ) |
| | ) |
| Defendant. | ) |
| | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

       I, Dominique Myers, Esq. of the SHAROVA LAW FIRM, am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Sunrise Senior Service LLC, Taeyoung Song and Jieun OH.

Date: August 16, 2024
      Brooklyn, New York

                                                               */s/ Dominique Myers*
                                                               Dominique Myers, Esq
                                                               9003 5th Avenue
                                                               Brooklyn, NY 11209
                                                               Tel: 718-766-5154
                                                               Fax: 718-504-3599
                                                               Email: dmyers@sharovalaw.com