# EXHIBIT B

                                                     Alvin Korsunskiy <akorsunskiy@sharovalaw.com>

# Fwd: RICO Complaint filed

**Alvin Korsunskiy** <akorsunskiy@sharovalaw.com>                                   Fri, Aug 16, 2024 at 9:20 PM
To: Alvin Korsunskiy <akorsunskiy@sharovalaw.com>

---------- 전달된 메일 ----------
보낸사람: **seokjae yang** <rsbceo1@gmail.com>
날짜: 2024년 8월 13일 (화) 오후 4:21
제목: RICO Complaint filed
받는사람: <akoek@centersplan.com>, Andy Yu <ayu@centersplan.com>, Mandi Tam <MTam@centersplan.com>, Mandi Tam <mtam@centerslab.com>, <compliance@centersplan.com>
참조: jin young kang <lkoffice.tax@gmail.com>, <jieui528@gmail.com>, lee kangsan <lkoffice.taxsam@gmail.com>, Sunrise Senior Service LLC <swsq10505@gmail.com>

Hi!

FYI, attached Rico Complain which may involve you and your subcontractor was filed to New York district court. Please be advised.

Thanks

Regards,

Seok jae Yang


--
--
**Very truly yours,
Alvin Korsunskiy
Paralegal**



**9003 5th Avenue
Brooklyn, NY 11209
T. 718-766-7470
F. 718-504-3599**
akorsunskiy@sharovalaw.com
www.sharovalaw.com

**Service by electronic means is not authorized.**

**This message contains confidential information and is intended only for the individual named above as the recipient. If you are not the named recipient you should not disseminate, distribute or copy this e-mail. Further, no information contained in this email is to be considered binding and cannot be used for litigation purposes, unless the text of the email indicates otherwise. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system immediately.**

**E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender, therefore, does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. If verification is required please request a hard-copy version. This message is provided for informational purposes and should not be construed as legal advice or opinion.**

---

📄 **Filed Complaint 8.5.24.pdf**
329K

            **Alvin Korsunskiy <akorsunskiy@sharovalaw.com>**

## Fwd: Rico complaint against your employee and sub-contractor

**Sunrise Senior Service LLC** <swsq10505@gmail.com>      Wed, Aug 14, 2024 at 6:32 PM
To: sharova@sharovalaw.com, dmyers@sharovalaw.com

Sunrise Senior Service LLC
Address: 3520 146th ST 2FL Flushing NY 11354
Phone: 929-595-6014
        929-595-6013

Fax: 347-506-0046


---------- 전달된 메일 ----------
보낸사람: **seokjae yang** <rsbceo1@gmail.com>
날짜: 2024년 8월 14일 (수) 오후 6:27
제목: Rico complaint against your employee and sub-contractor
받는사람: <cweather@mjhs.org>
참조: Sunrise Senior Service LLC <swsq10505@gmail.com>, <jieui528@gmail.com>


Hi Candice!
This is Seok jae Yang. Just wanted to inform you that the attached Rico complaint is filed at NY district court against one of your employees and against one of your subcontractors. This complaint may have some information that you should be aware. If you need more information, please feel free to contact me.
Sincerely,

Steve

---

 **Filed Complaint 8.5.24 (1).pdf**
329K

 Gmail	**Alvin Korsunskiy <akorsunskiy@sharovalaw.com>**

## Fwd: RICO complaint against one of your sub-contract.

**Sunrise Senior Service LLC** <swsq10505@gmail.com>	Wed, Aug 14, 2024 at 6:32 PM
To: dmyers@sharovalaw.com, sharova@sharovalaw.com

Sunrise Senior Service LLC
Address: 3520 146th ST 2FL Flushing NY 11354
Phone: 929-595-6014
          929-595-6013

Fax: 347-506-0046


---------- 전달된 메일 ----------
보낸사람: **seokjae yang** <rsbceo1@gmail.com>
날짜: 2024년 8월 14일 (수) 오후 12:56
제목: RICO complaint against one of your sub-contract.
받는사람: <providerrelations@villagecare.org>


Hi,, I hope this email finds you well.
FYI, the attached RICO complaint was filed to NY District Court against one of your subcontractors Sunrise Senior
Service.  The complaint explains procedures that you may be interested.
Thanks.

regards,


Seok jae

---

📄 **Filed Complaint 8.5.24 (1).pdf**
329K