

45 East 34th Street, 5th Floor
New York, New York 10016
Tel.: (212) 594-1035
Email: yji@ahnejillp.com
Website: www.ahnejilaw.com

August 22, 2024

*Via ECF*
Hon. LaShann DeArcy Hall, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4H North
Brooklyn, New York 11201

      Re:    **Seok Jae Yang v. Sunrise Senior Service LLC, et al.**
                **Case No.: 1:24-cv-05459-LDH-TAM**

Dear Judge Hall:

    This office represents the Plaintiff, Seok Jae Yang, in the above-referenced matter.

    Plaintiff respectfully submits the attached RICO Statement.

    We thank the Court for its time and consideration in this matter.

                                       Respectfully submitted,

                                       /s/ Younghoon Ji
                                     **AHNE & JI, LLP**
                                     By: Younghoon Ji, Esq.