UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEOK JAE YANG,<br><br>         Plaintiff,<br><br>  -against-<br><br>SUNRISE SENIOR SERVICE LLC d/b/a HANMAUM DAYCARE, TAEYOUNG SONG, JIEUN OH, AURUM TRADING INC., JI HOON YOU, KANGSAN CONSULTING LLC, KANGSAN LEE, L & K OFFICE INC., JIN YOUNG KANG a/k/a JINYOUNG KANG a/k/a JIN Y. KANG, and DOES 1 through 50, inclusive,<br><br>         Defendants. | Case No.: 1:24-cv-05459-LDH-TAM |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 26, 2024, Plaintiff's Amended Complaint (ECF Dkt. No.: 21) and RICO Statement (ECF Dkt. No.: 20-1) were served by causing a copy to be sent via email or first-class mail to the following parties:

Sunrise Senior Service LLC d/b/a Hanmaum Daycare
*Via email through its counsel*
Dominique Myers, Esq.
Email: dmyers@sharovalaw.com

Taeyoung Song
*Via email through his counsel*
Dominique Myers, Esq.
Email: dmyers@sharovalaw.com

Jieun Oh
*Via email through her counsel*
Dominique Myers, Esq.
Email: dmyers@sharovalaw.com

Aurum Trading Inc.
*Via First Class Mail*
55 West 47th Street, Suite 1060
New York, NY 10036

Ji Hoon You
*Via First Class Mail*
55 West 47th Street, Suite 1060
New York, NY 10036

Kangsan Consulting LLC
*Via First Class Mail*
41-23 Murray Street, Suite 201
Flushing, NY 11355

Kangsan Lee
*Via First Class Mail*
41-23 Murray Street, Suite 201
Flushing, NY 11355

L & K Office Inc.
*Via First Class Mail*
41-23 Murray Street, Suite 201
Flushing, NY 11355

Jin Young Kang a/k/a Jinyoung Kang a/k/a Jin Y. Kang
*Via First Class Mail*
41-23 Murray Street, Suite 201
Flushing, NY 11355

Dated: August 26, 2024
New York, New York

**AHNE & JI, LLP**

/s/ Younghoon Ji_____
By: Younghoon Ji, Esq.
*Attorneys for Plaintiff*
45 East 34th Street, 5th Floor
New York, NY 10016
Tel.: (212) 594-1035
Email: yji@ahnejillp.com