UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

SEOK JAE YANG,

                Plaintiffs,

-against-

SUNRISE SENIOR SERVICE LLC d/b/a,
HANMAUM DAYCARE, TAEYOUNG
SONG, JIEUN OH, AURUM TRADING INC.,
JI HOON YOU, KANGSAN CONSULTING LLC,
KANGSAN LEE, L & K OFFICE INC.,
JIN YOUNG KANG a/k/a JINYOUNG KANG a/k/a
JIN Y. KANG, and DOES 1 through 50, inclusive,

                Defendants.

-------------------------------------------------------------x

Case No.: 1:24-cv-05459-LDH-TAM

**CLERK'S CERTIFICATE OF DEFAULT**

    I, **BRENNA B. MAHONEY**, the Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on August 5, 2024 with the filing of the Complaint. ECF Dkt. No.: 1. The Summons and Complaint were served upon Defendant KANGSAN CONSULTING LLC, pursuant to BCL 306, through the New York Secretary of State on August 13, 2024. ECF Dkt. Nos.: 1, 16. The Amended Complaint was served upon Defendant KANGSAN CONSULTING LLC by mail on August 26, 2024. ECF Dkt. Nos.: 21, 22. Defendant KANGSAN CONSULTING's time to answer or otherwise respond to the Amended Complaint expired on September 9, 2024. *Id*. The proofs of services were filed on August 21, 2024 and August 26, 2024, respectively. ECF Dkt. Nos.: 16, 22.

    I further certify that the docket entries indicated that Defendant KANGSAN CONSULTING LLC has not filed an Answer or otherwise moved with respect to the Amended

1

Complaint herein. The Default of Defendant KANGSAN CONSULTING LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: October 9, 2024
      Brooklyn, New York

                                       **BRENNA B. MAHONEY**
                                       Clerk of Court

                        By:   *Jalitza Poveda*
                                  Deputy Clerk