REC'D IN PRO SE OFFICE
OCT 22 '24 AM8:47

Jinyoung Kang
4123 Murray St. Suite 201
Flushing, NY 11355
347 245 9738

Date: 10/18/2024


Clerk of Court
Brenna B. Mahoney
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Re: Request for Assistance and Relief in Case No. 1:24-cv-05459-TAM
Defendant: Jinyoung Kang


Dear Clerk of Court Mahoney,


I hope this letter finds you well. My name is Jinyoung Kang, and I am a defendant in the above-referenced case currently being litigated in the United States District Court for the Eastern District of New York.

**Duplicative Lawsuits**
I recently received a complaint from Mr. Seok Jae Yang. Upon reviewing its contents, I realized that this federal lawsuit mirrors an ongoing state case involving defendants Tae Young Song, Ji Eun Oh, and Sunrise. Despite my role as a witness and having provided testimony during a deposition in the state case, Mr. Seok Jae Yang disappeared mid-case proceedings while I was awaiting the second deposition. The fact that I have been served with essentially the same lawsuit twice has caused significant confusion, as the previous state case remains unresolved.

**Previous Deposition and Lack of Evidence**
In the state case (index No. 710786/2022), Mr. Yang sent me a subpoena on Oct. 17, 2023 (exhibit 1), and I fully cooperated with Mr. Yang's attorney to schedule and attend the deposition in January 2024 (exhibit 2). I answered all questions truthfully. The kickback fraud allegations brought forward by Mr. Yang lacked substantial evidence and were based largely on his personal assertions. The outcome of the deposition did not align with Mr. Yang's expectations, and it appears he is now using his legal knowledge and his experience as a CPA to complicate matters further, making this process as difficult as possible for me.

**Exploitation of Legal Loopholes**

At one point during the state case, Mr. Yang relocated to Pennsylvania, exploiting legal technicalities that allowed him to shift the jurisdiction of the case to federal court. I considered representing myself but learned that I cannot do so because the law requires corporations to be represented by legal counsel in court. This situation has forced me to hire an attorney, which I am financially unable to do. The merits of the federal case are built solely on Mr. Yang's accusations. It seems his intent is to force me into spending exorbitant amounts of money on legal fees.

**Harassment and Legal Threats**

Mr. Yang has also harassed me throughout the state case, repeatedly contacting me and demanding that I not assist Tae Young Song or Ji Eun Oh. He implied that I would face legal consequences if I did not comply with his requests. His messages (exhibit 3) caused significant emotional distress, and despite my role as a witness, he has dragged me into this dispute to ruin my reputation and career. The unfavorable outcome of the state case for Mr. Yang has led him to escalate his actions with aggressive threats in an apparent attempt to intimidate me.

**Request for Relief**

Given the duplicative nature of these lawsuits and the harassment I have endured, I respectfully request the Court's assistance. I ask for permission to join Tae Young Song in defending this case, and for the Court to consider my financial and emotional difficulties as well as Mr. Yang's ill-natured intentions. I am committed to cooperating fully with the Court, providing any necessary documents.

I appreciate your time and consideration. Should you require any additional information, I would be happy to provide it.


Sincerely,

Jinyoung Kang

# Exhibit 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
---------------------------------------------------------------X
SEOK JAE YANG,

                Plaintiff,                      Index No.: 710786/2022

     -against-

TAEYOUNG SONG and JIEUN OH, and            **SUBPOENA AD**
SUNRISE SENIOR SERVICE LLC,                **TESTIFICANDUM**

                Defendants.
---------------------------------------------------------------X

TO:    Jin-Young Kang
       L&K Accounting and Tax Office
       41-23 Murray St., Suite 201
       Flushing, NY 11355

     **WE COMMAND YOU**, that all business and excuses being laid aside, to appear at the Law Firm of Rha Kim Grossman & McIlwain, LLP, located at 29 W 36th St., Suite 402, New York, NY 10018 on December 4, 2023, at 2:00pm, and at any recessed or adjourned date to give testimony regarding the above-captioned matter and that you produce no later than November 1, 2023 by email to jkaplan@rhakimlaw.com:

- Name and position of employees who have prepared tax returns or other financial records for Aurum Trading Inc.
- Communications, documents, and financial records associated with or referencing Aurum Trading Inc., including financial records, tax returns, invoices, receipts of goods, quick books files.
- Name, email address, telephone number and address associated with all Aurum Trading Inc. corporate officers.

     If you withhold any document responsive to this Subpoena on ground of privilege or other legal doctrine, please provide (1) the type of document, (2) the date of the document, (3) the author(s) and recipient(s) of the document, (4) the general subject matter of the document, and (5) the legal ground for withholding the document. If the legal ground for withholding the document is attorney-client privilege, please indicate the name of the attorney(s) whose legal advice is sought or provided in the document.

     TAKE NOTICE THAT this Subpoena imposes a continuing obligation to produce the documents requested. Documents located at any time after your response is due shall be promptly produced at the place specified in the subpoena.

TAKE NOTICE THAT the undersigned deems the documents and information requested by this Subpoena based on Defendants claims that there were large unpaid invoices from this company around the time of the ownership change. This Subpoena seeks to find those and related financial records in order to evaluate Defendant's claims and to be used as evidence at trial in the above-entitled proceeding. Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable for the penalties provided for may subject you to penalties and other lawful punishment under N.Y. CPLR 2308 and 3120 and/or other applicable statutes.

Any and all inquiries about this subpoena shall be directed to the person who requested issuance of this subpoena, whose name, address, and telephone number appear below.

Dated:     October 17, 2023
           New York, New York 10018

By: Jaclyn T. Kaplan, Esq.
Rha Kim Grossman & McIlwain, LLP
*Attorneys for Plaintiff Seok Jae Yang*
29 W 36th St., Suite 402
New York, NY 10018
(718) 321-9797
jkaplan@rhakimlaw.com

By Electronic Mail:

LAW OFFICES OF HYANG K. JANG, PC
Sun Eloise Suh, Esq.
*Attorneys for Defendant Jieun Oh*
300 Northern Blvd. Suite 300
Great Neck, New York 11021
(516) 554-0255
es@eselaws.com

WARREN LAW GROUP
James Malachy Meaney
*Attorney for Defendants*
*Taeyoung Song and Sunrise*
*Senior Services LLC*
519 8th Ave., 25th Fl.
New York, NY 10018
(631) 896-6706
james@warren.law

⑆3225ᴈᴇᴇ05⑊ ⑈⑉8565ᴇ9092 0⑉ ⑆8ᴚ6ᴚ00⑈

*(The check below appears upside down on the page)*

Memo 16479

Signature Bank

Dollars

**Fifteen and 00/100**

PAY TO THE
ORDER OF **Jin-Young Kang**                     $ **15.00**

Date 10/17/2023
Void after 90 days

**VV1918**

This is a Deluxe eCheck. The PAY TO THE
ORDER OF line designates the Payee. For
questions, call Deluxe Payments Exchange
customer support at 1-877-333-6964, Ext.
5855-5D47.

**Nicoletti & Harris, Inc.**
101 Avenue of the Americas, 9th Floor
New York, NY 10013

---

# Check appears upside down intentionally

## How to use this check

Cut along this line ✂

**Need help?** Visit eChecks.com or call 1-877-333-6964

| Step 1<br>**Print the check** | Step 2<br>**Validate it printed correctly** | Step 3<br>**Deposit like normal** |
|---|---|---|
| ✔ **Any printer works**<br>✔ **Black or color ink**<br>✔ **Basic white paper** | ✔ **Correct if bank numbers are:**<br>Centered in white space<br>Parallel to edge of the page<br>Clearly printed in dark black ink<br>✘ **Reprint if bank numbers are:**<br>Cut off, skewed, or off-center<br>Smudged or wrinkled<br>Too light to read | 1. **Cut on the dotted line above**<br>2. **Endorse the back**<br>3. **Deposit like normal:**<br>In-person at a bank or credit union<br>Using an ATM<br>Via smartphone mobile deposit<br>With an office check scanner |

**Does your financial institution have questions about this check?**

- This check was printed from an authorized check record. It is not a Check 21 Image Replacement Document.
- To confirm this check was issued by the account holder and details (pay to, amount, routing/account number) remain unmodified, the item's authenticity can be verified using the Deluxe Inc. Check Verification service at https://echecks.com/verify.

**Questions?** Visit **eChecks.com** or call **1-877-333-6964**

## For your records

**Issued date:** 2023-10-17
**Check number:** VV1918
**From:** Nicoletti & Harris, Inc.
**Amount:** $15.00
**Payable to:** Jin-Young Kang
**Delivery email:** mpagan@nichar.com
**Memo:** 16479
**Delivery message:** Attach to job 16479

Are you a business? To save time, money, and resources, make payments using Deluxe Payment Exchange. Call 1-877-333-6964 to get started today!

**deluxe.** PAYMENT EXCHANGE

Exhibit 2

 **Gmail**          daycare sunrise <lawsunrise3520@gmail.com>

## Fwd: deposition date
1 개의 메일

**L & K Office Inc.** <lkoffice.tax@gmail.com>          2023년 12월 12일 오후 6:46
받는사람: lawsunrise3520@gmail.com

---

---------- Forwarded message ----------
From: **Jaclyn Kaplan** <jkaplan@rhakimlaw.com>
Date: Tue, Dec 12, 2023 at 2:47 PM
Subject: Re: deposition date
To: L & K Office Inc. <lkoffice.tax@gmail.com>
Cc: James Meaney <james@warren.law>

Good Afternoon Jin,

Thank you for the update. Since Attorney Meaney represents other parties in this action, he will still be involved in the deposition, just not as your representative. I have copied him on this email.

January 22nd works for an in person deposition at our manhattan office. Let's plan on starting the deposition at 10am.

Please clarify if you are comfortable communicating/being deposed in english. If your native communication is in a different language, we will obtain a certified translator in that language.

During the deposition we will be asking you questions related to the documents that you gave us and about the case.

Regards,
Jaclyn

On Tue, Dec 5, 2023 at 5:52 PM L & K Office Inc. <lkoffice.tax@gmail.com> wrote:
   Hi Jaclyn.

   **Attorney James Meaney does not represent me.**

   I contacted him and told that don't get involved in it anymore.

   January 22, 2023 (on Monday) I can visit your office in Manhattan.

   You don't need to order any interpreter.

   Please let me know what time do you want me to be there (your office in Manhattan) and

   what will you ask me?

   Regards.

   Jin Kang
   ———————————————————

   **L&K ACCOUNTING & TAX OFFICE**

41-23 MURRAY ST SUITE 201

FLUSHING, NY 11355


TEL. (347) 245-9738

FAX. (718) 888-0713

EMAIL. LKoffice.tax@gmail.com


—
*Jaclyn T. Kaplan, Esq.*
*Associate Attorney*
*RHA KIM GROSSMAN & MCILWAIN, LLP*


29 W 36th St.,

Suite 402

New York, NY 10018


215-10 Northern Blvd.

Suite 201

Bayside, NY 11361


O: (718) 321-9797

F: (718) 321-9799

E: jkaplan@rhakimlaw.com

www.rhakimlaw.com


CONFIDENTIALITY NOTICE:

This email and the information contained herein and attachments hereto are legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, you are hereby notified that any forwarding, dissemination, use, distribution or copying of this email, its contents, and/or its attachments, or the taking of any action in reliance on the contents thereof is strictly prohibited. If you have received this email in error, please immediately notify the sender and delete the email and any attachments and destroy any tangible manifestation thereof. Thank you.

U.S. Treasury Circular 230 Notice: To the extent that there is any tax advice contained in this communication (including any attachments), it was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Internal Revenue Code or by any other applicable tax authority or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein. We provide this disclosure on all outbound e-mails from our practice group to assure compliance with new standards of professional practice regarding conformity of our tax advice to certain requirements as to form and substance.

Should you have any other questions,

Please don't hesitate to contact our office.

**L&K ACCOUNTING & TAX OFFICE**

41-23 MURRAY ST SUITE 201

FLUSHING, NY 11355

TEL. (347) 245-9738

FAX.  (718) 888-0713

EMAIL.  LKoffice.tax@gmail.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

-----------------------------------------------------------------x

SEOK JAE YANG,

                                  Plaintiff,

                -against-

TAEYOUNG SONG, JIEUN OH, and
SUNRISE SENIOR SERVICE LLC

                               Defendants.

-----------------------------------------------------------------x

Index No.:
Date Summons Filed:

Plaintiff designates Queens County as
the place of trial

**SUMMONS**

The incident took place in Queens
County, New York.

To the above-named Defendants:

       **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve
a copy of your answer on the Plaintiff's Attorney within twenty (20) days after the service of this
summons, exclusive of the day of service, or within thirty (30) days after the service is complete
if this summons is not personally delivered to you within the State of New York; and in case of
your failure to appear, judgment will be taken against you by default for the relief demanded in
the notice set forth below.

Dated: May 19, 2022
       New York, New York

                               RHA KIM GROSSMAN & MCILWAIN, LLP

                               */s/ Leopold Raic*

                               By: Leopold Raic, Esq.
                               *Attorneys for Plaintiff*
                               266 W 37th St., Suite 1600
                               New York, New York 10018
                               Tel.: (718) 321-9797

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------------x
SEOK JAE YANG,

Index No.:

Plaintiff,

**VERIFIED COMPLAINT**

-against-

TAEYOUNG SONG and JIEUN OH, and
SUNRISE SENIOR SERVICE LLC

Defendants.
-------------------------------------------------------------------x

Plaintiff, Seok Jae Yang, by their attorneys, RHA KIM GROSSMAN & MCILWAIN,

LLP, complaining of the Defendants hereby alleges:

**THE PARTIES**

1.      At all times herein, SEOK JAE YANG (hereafter "Plaintiff") is and was an

individual residing in Manhasset, New York.

2.      Upon information and belief, Defendant Taeyoung Song (hereafter "Defendant

Song") is an individual residing in Queens County.

3.      Upon information and belief, Defendant Jieun Oh (hereafter "Defendant Oh") is

an individual residing in Queens County.

4.      Upon information and belief, Defendant Sunrise Senior Service LLC is a limited

liability company organized under the laws of the State of New York.

**FACTUAL ALLEGATIONS**

5.      In or around December of 2018, Plaintiff Yang, Kang San Lee (hereafter "Mr.

Lee"), and Jin Young Kang started a business together, whereby they would provide services to

the elderly Korean community in Queens.

2

6.     In or around December of 2018, the business entity started by Plaintiff Yang, Mr. Lee and Jin Young Kim was formally known as Sunrise Senior Services LLC.

7.     In or around June of 2020, Plaintiff Yang became the sole owner of Sunrise Senior Services LLC, purchasing all the remaining ownership interest from Mr. Lee and Mr. Kang.

8.     In or around June of 2020, Mr. Lee continued to work with Sunrise Senior Services LLC, through a marketing and consulting company he formed called KangSan Consulting LLC.

9.     In or around January of 2022, Plaintiff Yang became independently aware of a scandalous personal entanglement between Mr. Lee and Plaintiff Yang's wife.

10.     Specifically, Plaintiff Yang caught his wife and Mr. Lee "red-handed" engaging in adultery at a seedy area motel, during the workday.

11.     This immediately led to a divorce between Plaintiff and his wife, and necessitated Plaintiff Yang's separation from doing business with Mr. Lee and Sunrise Senior Services, LLC.

12.     In or around February of 2022, Plaintiff Yang agreed to sell his entire ownership interest in Sunrise Senior Services LLC to Defendant Song and Defendant Oh, who were employees of the business.

13.     Upon information and belief, Defendant Oh is involved in a romantic relationship with Mr. Lee.

14.     Upon information and belief, Defendant Oh was unaware of the personal matter between Mr. Lee and Plaintiff Yang's wife, necessitating Plaintiff Yang's separation from the business.

3

15.    On or about February 8, 2022, Plaintiff Yang and Defendants entered into a contract, whereby Defendants would purchase Sunrise Senior Services LLC from Plaintiff Yang.

16.    On or about February 18, 2022, Plaintiff Yang and Defendants entered into an Amended and Restated Assignment of Membership Interests in furtherance of Defendants' purchase of the business from Plaintiff Yang.

17.    Pursuant to the terms and conditions of the contracts, Defendant Song and Defendant Oh would each receive 50% interest in Sunrise Senior Services LLC from Plaintiff Yang.

18.    Pursuant to the terms and conditions of the contracts, in exchange for sale of his entire business interest to Defendants, Plaintiff Yang would be entitled to all Accounts Receivable of the Company incurred on or before February 8, 2022.

19.    Plaintiff Yang only received $2,000 in compensation for the entire sale of Sunrise Senior Services LLC to Defendants.

20.    Upon information and belief, Defendants failed to compensate Plaintiff Yang with receivables payments due in February from multiple insurance carriers, including but not limited to, Integra Insurance, Agewell New York, and VillageCare.

21.    Upon information and belief, Defendants changed business bank accounts without Plaintiff's knowledge, and instructed the respective insurance carriers to issue payments to the new accounts, preventing Plaintiff Yang from being adequately compensated for the sale of Sunrise Senior Services LLC.

22.    Upon information and belief, Defendants changed bank accounts for the purpose of evading Plaintiff's oversight of the accounts receivable, because Defendants have been using

4

INDEX NO. 710786/2022
RECEIVED NYSCEF: 05/19/2022

some of those receivables to pay seniors to attend their center, in contravention of the Medicaid rules and regulations.

23.     Plaintiff spoke with Defendant Song on multiple occasions, and Defendant Song initially denied that any new account had been created, and then stopped responding any way to Plaintiff.

24.     Upon information and belief, Defendant Oh is currently in the process of filing for the procurement of a Green Card, and has invested and taken an interest in Sunrise Senior Service LLC without the requisite immigration status to hold such an interest.

25.     Upon information and belief, Mr. Lee owns a marketing company called KangSan Consulting LLC., which he is using to violate the Medicaid rules.

26.     Upon information and belief, Hyun Soo Cho was employed by Mr. Lee as an accounting clerk for Sunrise Senior Services LLC.

27.     Upon information and belief, Hyun Soo Cho is currently employed by Sunrise Senior Services LLC in an illegal capacity, as he does not possess a Visa allowing him to work in the United States.

28.     Upon information and belief, Hyun Soo Cho is currently being compensated for employment services to both Sunrise Services LLC and KangSan Consulting LLC, in clear violation of the law.

29.     Upon information and belief, Plaintiff is owed approximately $180,000.00 in Accounts Receivable for the sale of Sunrise Senior Services LLC to Defendants.

30.     Upon information and belief, Plaintiff incurred further expenses post-sale in the amount of approximately $6,000.00, for which he is entitled to compensation under the terms of the contract.

5

31.     Upon information and belief, Plaintiff sustained monetary damages in the amount of approximately $186,000.00.

32.     Plaintiff attempted to contact Defendants (via phone call and text message) regarding the compensation owed to him for the sale of Sunrise Senior Services LLC, to no avail.

33.     To date, the Defendants have failed to adequately compensate Plaintiff Yang for the sale of Sunrise Senior Services LLC to Defendants, and are taking steps to jeopardize the business' ability to pay in the future.

**AS AND FOR A FIRST CAUSE OF ACTION**
(Breach of Contract—as to all Defendants.)

34.     Plaintiff repeats, reiterates, reincorporates, and realleges the allegations contained in all preceding paragraphs as fully set forth herein.

35.     Defendants entered into a written agreement with Plaintiff, to procure Plaintiff's business, known as Sunrise Senior Services LLC.

36.     Plaintiff fulfilled his obligations under the agreement by transferring his entire ownership interest to Defendants, in exchange for Plaintiff's entitlement to all Accounts Receivable of Sunrise Senior Services LLC, incurred on or before February 8, 2022.

37.     Defendants breached their obligations under the agreement, by failing to provide Plaintiff with all Accounts Receivable of Sunrise Senior Services LLC, incurred on or before February 8, 2022.

38.     As a result of Defendants' breach, Plaintiff sustained monetary damages, totaling $186,000.00.

39.     By reason of the foregoing, Plaintiff has been damaged in an amount to be determined at trial but believed to be not less than $186,000.00, together with interest thereon, reasonable attorneys' fees, and costs and disbursements of this action.

6

## AS AND FOR A SECOND CAUSE OF ACTION
(Unjust Enrichment—as to all Defendants)

40.     Plaintiff repeats, reiterates, reincorporates, and realleges the allegations contained in all preceding paragraphs as fully set forth herein.

41.     As a result of Defendants' misrepresentations and wrongful acts, the Plaintiff was harmed by failing to rightfully receive all Accounts Receivable of Sunrise Senior Services LLC, incurred on or before February 8, 2022, in an amount of $186,000.00.

42.     Upon information and belief, the money received by the Defendants for all Accounts Receivable of Sunrise Senior Services LLC, incurred on or before February 8, 2022, was used by the Defendants to enrich themselves.

43.     Defendants' enrichment came at the expense of Plaintiff.

44.     It is against equity and good conscience to permit Defendants to retain the benefits they realized through their falsehoods and unauthorized receipt of all Accounts Receivable of Sunrise Senior Service LLC, incurred on or before February 8, 2022.

45.     Additionally, the steps taken by the Defendants since purchasing the business violate multiple laws and regulations, jeopardizing the business' ability to remain financially solvent and consequently imperiling Plaintiff's recovery of the accounts receivable.

46.     By reason of the foregoing, Plaintiff has been damaged in an amount to be determined at trial but believed to be not less than $186,000.00, together with interest thereon, reasonable attorneys' fees, and costs and disbursements of this action.

47.     Consequently, if for any reason a Court were to find that there is no enforceable contract between the Parties entitling Plaintiff to relief, he is entitled to recovery his damages through this cause of action for unjust enrichment.

7

**WHEREFORE,** Plaintiff demands judgment against Defendants as follows:

A.  On the First cause of action against Defendants for breach of contract in the sum of at least $186,000.00, with the precise amount to be determined at trial;

B.  On the Second cause of action against Defendants for unjust enrichment in the sum of at least $186,000.00, with the precise amount to be determined at trial;

C.  Awarding Plaintiff its costs, expenses, interest, and reasonable attorneys' fees; and

D.  Granting to Plaintiff such other, further, and different relief as may be just and proper, together with the costs and disbursements of this action.

Dated: May 19, 2022
New York, New York

RHA KIM GROSSMAN & MCILWAIN, LLP

*/s/ Leopold Raic*

By: Leopold Raic, Esq.
*Attorneys for Plaintiff*
266 W 37th St., Suite 1600
New York, New York 10018
Tel.: (718) 321-9797
Fax: (718) 321-9799

8

## ATTORNEY VERIFICATION

Leopold Raic, an attorney duly licensed to practice law in the Courts of the State of New York, hereby affirms the following under penalty of perjury:

That he is an attorney of the firm Rha Kim Grossman & McIlwain, LLP, attorneys for the Plaintiff, Seok Jae Yang, in the above-captioned matter.

That your affiant has read the foregoing Verified Complaint and knows the contents thereof.

That the same is true to affiant's own knowledge, based upon documents in our file and conversations with the Plaintiff.

That this verification is made by your affiant as affiant maintains his offices in a county other than where the Plaintiff, Seok Jae Yang, resides.

Dated: May 19, 2022

/s/ Leopold Raic

_____

Leopold Raic, Esq.

9

Index No.:

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF QUEENS**

**SEOK JAE YANG,**

**Plaintiff,**

**-against-**

**TAEYOUNG SONG, JIEUN OH, and**
**SUNRISE SENIOR SERVICE LLC**

**Defendants.**

*SUMMONS AND VERIFIED COMPLAINT*

**RHA KIM GROSSMAN & MCILWAIN, LLP**
**By: Leopold Raic, Esq.**
*Attorneys for Plaintiff*
266 W 37th St., Suite 1600
New York, NY 10018
Bayside, NY 11361
Tel.: (718) 321-9797
Fax: (718) 321-9799

**EXECUTED PURSUANT TO Section 130-1.1-a of the NYCRR**

*/s/ Leopold Raic*

**LEOPOLD RAIC, ESQ.**

10

Exhibit 3

Hello! I heard from our lawyer that you prepared documents with Sunrise and Arum Trading. It seems like the documents are GL. Is CEO Arum going to be okay? As you may know, the lawyer who was handling the case with Sunrise has resigned. I know you read the situation well but if there's no replacement by Monday, you might have to work with me without a lawyer... Are you going to be okay helping that side...
I reached out because I worry about you.
And last time, you mentioned that you didn't have a good feeling with me... I would appreciate if you could think about If I was the one chose the actions that may upset your feelings.

---

← (스) 스티브 양    ◻ ☎ ⋮

수요일 · 오후 5:39

안녕하세요 회계사님! 저희 변호사한테 듣자하니, 한마음쪽하고 아름트레이딩하고 같이 회계사님께서 자료를 준비하셨다고 들었습니다. 자료가 GL인것같던데 .. 아름사장님께서 괜찮으실까요? 아시겠지만 같이 수임하셨던 한마음쪽변호사가 그만둔다고 들었습니다. 상황을 잘 읽으시겠지만 월요일까지 후임자가 없으면, 변호사없이 저와 일하셔야할텐데,, 그쪽을 도와주셔도 괜찮으실지, 회계사님이 걱정되서 신례를 무릅쓰고 연락드립니다.
참 지난번에 저랑 감정이 좋지 않았다고 말씀주셨는데.. 제가
회계사님의기부을 상하게 한 행

⊕ 🔁 메시지    ☺ 🎤


아있던 민마금속변호사가 그만
둔다고 들었습니다. 상황을 잘
읽으시겠지만 월요일까지 후임
자가 없으면, 변호사없이 저와
일하셔야할텐데,, 그쪽을 도와
주셔도 괜찮으실지, 회계사님이
걱정되서 신례를 무릅쓰고 연락
드립니다.
참 지난번에 저랑 감정이 좋지
않았다고 말씀주셨는데.. 제가
회계사님의기분을 상하게 할 행
동을 제가 선택했을지 한번 생
각해봐주시면 감사하겠습니다

어제 • 오후 1:33

석재씨가...
뭘 말하고 싶은지..
짧고 명료하게 말해주세요.

오후 1:33 • SMS

⊕ 🖿    메시지    ☺ 🎤

Please speak
briefly and clearly
about what you
want to say.

통화로 설명드리는것이 더 잘 전달도될것같아서 전화드리려고하는데..내용이 복잡하다보니.
제가 다짜고짜 회계사님께 소환받으실것같다고 말씀드리면 잘못이해하실수도 있으셔서.. 괜찮으실때 설명드릴려고 했습니다. 시간되실때 전화부탁드립닏다

네 곧 연락 드릴게요

네 감사합니다

It will be better if I can speak with you through a phone call because the content is a bit complicated. If I suddenly tell you that you would probably be summoned to court, you might misunderstand. I would like to explain to you when you have time. Please give me a call when you have time

Kang, Jin Young
41-23 Murray St ste 201
Flushing NY 11355

Retail



U.S. POSTAGE PAID
FCM LG ENV
FLUSHING, NY 11358
OCT 19, 2024

11201

$11.54

RDC 99

S2324K500898-08

UNITED STATES
POSTAL SERVICE

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL

9589 0710 5270 1415 1929 98





Clerk's office
United States District
Court, EDNY
225 Cadman Plaza East
Brooklyn NY 11201
      ATTN: Pro Se Office