

**SHAROVA LAW FIRM**

Telephone 1.718.766.5153
Facsimile 1.718.504.3599
Email dmyers@sharovalaw.com

YELENA SHAROVA, ESQ. *+
NANI KIM ESQ. *
DOMINIQUE MYERS ESQ. *
THOMAS J. TYRRELL JR. ESQ. *
*NY +NJ

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
MABEL SANTANA
GRIGORIY SHUBA

November 20, 2024

**VIA ECF**

U.S. Judge LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

    Re: Seok Jae Yang v. Sunrise Senior Service LLC et al
      U.S. District Court, Eastern District of New York
      Case: 1-24-cv-05459-TAM

Your Honor:

  Our Firm represents the defendants, Sunrise Senior Service LLC, Mr. Taeyoung Song and Ms. Jieun Oh (the "Sunrise Defendants") in connection with the above-referenced matter. I am the lead attorney with respect to the Sunrise Defendants. Counsel submits this letter to request a short two-week adjournment of the Pre-motion Conference currently scheduled for tomorrow, November 21, 2024. The reason for this request is that an immediate family member suffered a stroke this afternoon and is in critical condition. I will be absent from my office for the remainder of the week; have cancelled all appointments; and, as such I am not able to appear tomorrow.

  Counsel for the Plaintiff has no objection to this request and has stated that he is unavailable during the week of December 16, 2024.

  Thank you for your attention to this matter.

                Respectfully Submitted,

                Dominique Myers
                Attorney for the Defendants
                By: /s/ Dominique Myers

CC: All Parties (via ECF)