

YELENA SHAROVA, ESQ. *+
NANI KIM ESQ. *
DOMINIQUE MYERS ESQ. *
THOMAS J. TYRRELL JR. ESQ. *
*NY +NJ

Telephone 1.718.766.5153
Facsimile 1.718.504.3599
Email sharova@sharovalaw.com

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
MABEL SANTANA
GRIGORIY SHUBA

December 2, 2024

**VIA ECF**
Honorable LaShann DeArcy
Judge of the United States District Court for
The Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Seok Jae Yang v. Sunrise Senior Service LLC, et al.
             Docket No.:   24-cv-5459

Dear Judge LaShann DeArcy,

Counsel for Sunrise Senior Service LLC, Taeyoung Song, and Jieun Oh ("Sunrise Defendants") respectfully submits this letter for an order to bring their personal electronic devices to Court.

Counsel is to appear Monday, December 9, 2024 at 3:30 pm for a pre-motion conference on the above matter. I would like to bring our laptops and telephones so that we may access the file in electronic format. Counsel makes this request as she is not in possession of her bar membership card.

                                                 Respectfully Submitted,

                                                 Dominique Myers, Esq
                                                 Attorney for Sunrise Defendants

                                                 By: /s/ *Dominique Myers*

CC: All Parties (via ECF)