

Telephone  1.718.766.5153
Facsimile   1.718.504.3599
Email      dmyers@sharovalaw.com

YELENA SHAROVA, ESQ. *+
NANI KIM ESQ. *
DOMINIQUE MYERS ESQ. *
THOMAS J. TYRRELL JR. ESQ. *
*NY +NJ

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
MABEL SANTANA
GRIGORIY SHUBA

December 8, 2024

**VIA ECF**
U.S. Judge LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

Re:  Seok Jae Yang v. Sunrise Senior Service LLC et al
U.S. District Court, Eastern District of New York
Case: 1-24-cv-05459-TAM

Your Honor:

    Our Firm represents the defendants, Sunrise Senior Service LLC, Mr. Taeyoung Song and Ms. Jieun Oh (the "Sunrise Defendants") in connection with the above-referenced matter. I am the lead attorney with respect to the Sunrise Defendants. Counsel submits this letter to request a short two-week adjournment of the Pre-motion Conference currently scheduled for tomorrow, December 9, 2024. The reason for this request is that an immediate family member had passed away this morning. I will be absent from my office for the week; and have cancelled all appointments; and, as such I am not able to appear tomorrow.

    Thank you for your attention to this matter.

Respectfully Submitted,

Dominique Myers
Attorney for the Defendants
By: /s/ Dominique Myers

CC: All Parties (via ECF)

